

EXHIBIT
1

2020-05909

**F**

Section 7

2020 JUN 20  P 11:39

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. _____                    DIVISION "   "         SECTION "   "

**CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION**

**VERSUS**

**OCCIDENTAL CHEMICAL CORPORATION, OCCIDENTAL PETROLEUM
CORPORATION, OXY INC., OXY USA INC., AND PLACID OIL COMPANY**

FILED: _____          _____

                                        **DEPUTY CLERK**

## PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES

The Petition of Curry Law Firm, A Professional Law Corporation f/k/a Curry, Caviness &

Webb, A Professional Law Corporation, f/k/a Curry & Friend, A Professional Law Corporation,

(hereinafter "Petitioner"), now domiciled and with its principal office address in the Parish of St.

Tammany, State of Louisiana, through undersigned counsel, with respect represents that:

I.

Made Defendants herein are:

A. Occidental Chemical Corporation, a foreign corporation and subsidiary of
   Occidental Petroleum Corporation, registered to do and doing business in the State of
   Louisiana; and the entity which paid Petitioner's billing statements on open account;

B. Occidental Petroleum Corporation, a foreign corporation at one time registered to do,
   but continuing to do business in the State of Louisiana; and an entity which retained
   Petitioner to provide legal representation and services here in the State of Louisiana,
   and the entity to which Petitioner's billing statements on open account were to be
   submitted; and an entity named in the underlying proceedings for whom Petitioner
   provided legal representation and services here in the State of Louisiana;

C. OXY Inc., a foreign corporation registered to do and doing business in the State of
   Louisiana; and an entity which retained Petitioner to provide legal representation and
   services here in the State of Louisiana;

D. OXY USA Inc., a foreign corporation registered to do and doing business in the State
   of Louisiana; and an entity named in the underlying proceedings for whom Petitioner
   provided legal representation and services here in the State of Louisiana;

E. Placid Oil Company, a foreign corporation registered to do and doing business in the
   State of Louisiana;  and an entity named in the underlying proceedings for whom
   Petitioner provided legal representation and services here in the State of Louisiana;

1

**VERIFIED**

Yanley Salazar

2020 JUN 23  P 12:27

**F**

**Section 7**

hereinafter collectively "Defendants", which are justly and truly indebted unto Petitioner in the full

and true sum of ONE HUNDRED FIFTY-FOUR THOUSAND NINE DOLLARS AND 50/100,

($154,009.50) and for attorney fees and for all costs of these proceedings, together with legal interest

thereon from the earliest date allowed by law until paid, for the following reasons to-wit:

**II.**

Petitioner is a corporation established to engage in the business of the practice of law and for

its attorneys to provide legal advice and services in the State of Louisiana.

**III.**

In or about 1978, Defendants retained Petitioner and its attorneys to provide legal advice and

services on their behalf as local counsel in connection with the defense of multiple lawsuits filed

over the course of the ensuing forty years in the State of Louisiana, pending against Defendants and

their facilities in the State of Louisiana.

**IV.**

At the outset of each individual case, Petitioner would confirm in writing the fee schedule on

open account with Defendants in connection with the pending actions. At the time of the matters that

are the subject of this suit on open account, Petitioner was to be paid $325.00 per hour for attorney

services rendered by Christoffer C. Friend; $300.00 per hour for senior partner attorney services

rendered; $275.00 per hour for partner attorney services rendered; $220.00 per hour for associate

attorney services rendered; $135.00 per hour for nurse consultant services rendered; and $120.00 per

hour for paralegal services rendered, in increments of one-tenth of an hour. It was understood that

costs and other related expenses would be advanced by Petitioner in relation to the legal services to

be provided to and incurred by/on behalf of Defendants.

**V.**

In the beginning of March 2018, Defendants advised Petitioner that the firm had continued to

provide Defendants with excellent legal representation, but that due to Defendants' national litigation

policy decision to consolidate counsel, the matters then being handled by Petitioner for Defendants,

including all open, pending and closed cases/matters, would need to be transferred to Jones, Walker.

**VI.**

Defendants also requested that Jones, Walker be informed of any upcoming deadlines,

important dates, settings and obligations in all pending matters/cases (e.g. dates involving trial and

2

2020-95009

**F**

Section 7

2020 JUN 20  P 11:39

CIVIL

DISTRICT COURT

trial matters, motions, bearings, expert designations, answers, responses, appeals, mediations, meetings, or joint defense group responsibilities, etc).

## VII.

Petitioner then began the monumental task of transferring Defendants' extensive file documentation, both paper and electronic, to Jones, Walker, as requested. Moreover, Petitioner and its attorneys continued to respond to and communicate with new counsel at Jones, Walker for several months to assist them in getting up to speed in these matters. The remainder of Petitioner's invoices for that work were then submitted to Defendants for payment.

## VIII.

Issuance of Petitioner's invoices included the initial creation of review statements, for many years reviewed by the handling partner, Christoffer C. Friend, and subsequently by the Managing Partner, Guy C. Curry, with regard to form, and marshaled forward to finalized statements with associated invoice numbers automatically assigned by Petitioner's billing software, which invoices were then converted to LEDES files and emailed to Defendants at OxyLegalBilling@oxy.com for processing and payment.

## IX.

On October 22, 2018, Petitioner sent an email request to Defendants requesting payment of Petitioner's remaining, outstanding invoices for legal representation and services provided to and/or expenses incurred on behalf of Defendants on open account.

## X.

Having received no response, on January 9, 2019, Petitioner sent correspondence to Defendants through their Legal Billing Departments at both Occidental Chemical Corporation and Occidental Petroleum Corporation, as well as through their registered agent for service, and to OXY Inc.'s P.O. Box via U.S. certified mail, return receipt requested, informing all of said Defendants that there were a number of Petitioner's invoices that remained outstanding. This correspondence also included a chart of the outstanding invoices and a cd containing copies of all invoices that had not yet been paid. This correspondence, chart of invoices, and the U.S. Postal Service Domestic Return Receipts acknowledging receipt of this demand are attached to the Affidavit of Correctness of Account, Exhibit "A", *in globo,* as Exhibit "1". For protection of attorney-client privilege and client

3

**F**

**Section 7**

2020-05009

2020 JUN 20  P 11:39

CIVIL

DISTRICT COURT

confidentiality, the detailed billing statements have been withheld and will be produced as further

evidence with regard to the open account as directed by the Court.

## XI.

After sending the above referenced correspondence, Defendants responded, on January 29,

2019 detailing why they had not yet paid these invoices and with instructions on how to rectify the

very few of the service entries at issue. These invoices had been rejected entirely, despite most all of

the entries not bearing any objection at all. Notwithstanding, Petitioner acknowledged Defendants'

response and confirmed that Petitioner would work to remedy the issues and re-submit the invoices.

## XII.

Defendants also responded with an email advising Petitioner that the deleted invoices were

no longer in Defendants' billing system and, once the issues identified in conjunction with the

original invoices were addressed, that these invoices would have to be resubmitted again by

Petitioner through Defendants' legal billing system.

## XIII.

Petitioner continued to communicate with Defendants and worked in good faith to make the

revisions and responses to the invoices based upon the communication from Defendants detailing

same. This included research and acknowledgment of Defendants' prior payment of one statement

(invoice #18528 dated 7/31/217, totaling $3322.07), which had been contained in the demand on

open account. Petitioner also indicated its desire to begin re-uploading the revised invoices as per the

instructions of Defendants.

## XIV.

On or about February 12, 2019, Petitioner began to submit the revised invoices, in Ledes

format, to Defendants by emailing them to OxyLegalBilling@oxy.com. These invoices were mostly

auto rejected due to different errors, such as being duplicative since they were already submitted; and

such as timekeepers now not being recognized on the Petitioner's account, as some had moved to a

different firm; and since the resubmitted invoices now contained entries all of which were more than

ninety days old. When Petitioner asked how to resolve these issues so that Petitioner could re-submit

the revised invoices, Defendants asked that they hold off on submitting the revised invoices so

Defendants could continue to review Petitioner's responses and figure out how to resolve the issue of

4

**F**

**Section 7**

re-submitting these invoices. Unfortunately, Petitioner never did hear back from Defendants on how

to remedy this situation.

## XV.

Rather, on May 16, 2019, Defendants advised that only one of the original invoices made part

of the demand on open account (namely original invoice #18526, dated 7/31/2017, totaling

$1628.40), which had subsequently been revised and resubmitted as four monthly statements totaling

$1608.00, had been approved for payment as a one-time variance from Defendants' unilaterally-

created ninety day billing policy, and that any future invoices from Petitioner with line items dating

ninety days or longer from Defendants' receipt of the invoices would now be rejected.

## XVI.

Thereafter, Defendants did, on June 20, 2019, make that payment towards those four

outstanding invoices in the amount of $1608.00. Specifically, Defendants paid invoice #186884,

dated 3/31/2017 for $96.00; invoice #186885, dated 5/31/2017 for $688.00; invoice #186888, dated

6/30/2017 for $689.60; and invoice #186887, dated 7/31/2017 for $134.40. There had been

adjustments made to three paralegal entries dated 5/26/2017, 6/27/2017 and 7/7/2017 on the original

invoice to then reflect tenths of an hour, which lowered the amount due by $20.40, accounting for the

difference in total with the invoice contained in the original demand.

## XVII.

Since that time, Defendants have failed and/or refused to make any payment whatsoever on

the remainder of the outstanding statements for services rendered and expenses advanced on

Defendants' behalf by Petitioner.

## XVIII.

Throughout the forty years of its representation of Defendants, Petitioner and/or its attorneys

did maintain regular and substantive communication with Defendants in relation to legal review,

analysis, strategy and its execution during the course of every pending litigation.

## XIX.

At all times pertinent herein, Petitioner was located in, retained and provided legal advice and

services to Defendants from Petitioner's initial domicile and principal office address located at 228

St. Charles Ave., Suite 1200, New Orleans, LA 70130, in the Parish of Orleans, State of Louisiana;

2020-05009

F

Section 7

FILED
2020 JUN 20  P 11:39

CIVIL
DISTRICT COURT

and subsequently from its principal office address located at 109 Northpark Blvd., Ste. 520, Covington, LA 70433.

## XX.

Defendants are liable unto Petitioner for attorneys' fees incurred by Petitioner on this open account in connection with bringing this action in accordance with Louisiana Revised Statute 9:2781, and for all costs of these proceedings, together with legal interest thereon from the earliest date allowed by law until paid.

## XXI.

In the alternative, Defendants are liable unto Petitioner for the reasonable value of the performance of contractual legal services to and costs incurred on Defendants' behalf by Petitioner, based upon the theory of quantum merit and/or, in the further alternative, unjust enrichment.

**WHEREFORE**, your Petitioner prays that there be judgment rendered herein in favor of Curry Law Firm, A Professional Law Corporation f/k/a Curry, Caviness & Webb, A Professional Law Corporation, f/k/a Curry & Friend, A Professional Law Corporation, and against Defendants, Occidental Chemical Corporation, a subsidiary of/and Occidental Petroleum Corporation, OXY Inc., OXY USA Inc., and Placid Oil Company in the full and true sum of ONE HUNDRED FIFTY-FOUR THOUSAND NINE DOLLARS AND 50/100, ($154,009.50), plus attorneys' fees incurred by Petitioner in bringing this action on open account in accordance with Louisiana Revised Statute 9:2781; and/or alternatively based upon the theory of quantum meruit and/or, in the further alternative, unjust enrichment; and for all costs of these proceedings; together with legal interest thereon from the earliest date allowed by law until fully paid; and for such other and further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully submitted,

**CURRY LAW FIRM, A Professional Law Corporation f/k/a CURRY, CAVINESS & WEBB, A Professional Law Corporation f/k/a CURRY & FRIEND, A Professional Law Corporation**

BY: _____

**GUY C. CURRY #22032**
**165 Cheron Drive**
**Mandeville, Louisiana 70448**
**Telephone: (985) 612-1800**

6

E-Filed

# F

## Section 7

Attorney for Petitioner, Curry Law Firm, A
Professional Law Corporation Curry, formerly
known as Caviness & Webb, A Professional Law
Corporation formerly known as Curry & Friend,
A Professional Law Corporation

**PLEASE SERVE:**

Occidental Chemical Corporation
Through Their Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

(VIA LOUISIANA LONG-ARM STATUTE – La. R.S. 13:3204)
Occidental Petroleum Corporation
Through its Registered Agent for Service:
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

OXY Inc.
Through Their Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

OXY USA Inc.
Through Their Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Placid Oil Company
Through Their Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**F**

Section 7

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                            DIVISION " "        SECTION " "

CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

VERSUS

OCCIDENTAL CHEMICAL CORPORATION, OCCIDENTAL PETROLEUM
CORPORATION, PLACID OIL COMPANY, OXY USA INC. AND OXY INC.

FILED: _____    _____
                                              **DEPUTY CLERK**

## AFFIDAVIT OF CORRECTNESS OF ACCOUNT

BEFORE ME, the undersigned authority, duly qualified and commissioned in and for the
Parish of St. Tammany, State of Louisiana, personally came and appeared:

**GUY C. CURRY**

who being first duly sworn by me, Notary, did depose and state:

I.

That Affiant is a person of sound mind and body and of the full age of majority and the
principal owner and President of Curry Law Firm, A Professional Law Corporation f/k/a Curry,
Caviness & Webb, A Professional Law Corporation, f/k/a Curry & Friend, A Professional Law
Corporation, Petitioner in the above entitled and numbered cause.

2.

That Affiant is familiar with and has personal knowledge of the Curry Law Firm, A
Professional Law Corporation f/k/a Curry, Caviness & Webb, A Professional Law Corporation, f/k/a
Curry & Friend, A Professional Law Corporation's open account with Occidental Chemical
Corporation, Occidental Petroleum Corporation, OXY Inc., OXY USA Inc., and Placid Oil
Company, Defendants in the above entitled and numbered cause.

1



EXHIBIT

**A**

E-Filed

**F**

**Section 7**

3.

That the known true, correct and current amount owed to Petitioner on said account by the above named Defendants, Occidental Chemical Corporation, Occidental Petroleum Corporation, OXY Inc., OXY USA Inc., and Placid Oil Company, is ONE HUNDRED FIFTY-FOUR THOUSAND NINE DOLLARS AND 50/100, ($154,009.50), plus attorneys' fees incurred by Petitioner in bringing this action, and for all costs of these proceedings, in accordance with Louisiana Revised Statute 9:2781; together with legal interest thereon from the earliest date allowed by law until fully paid, as prayed for.

4.

That a true and correct copy of the January 9, 2019 demands for payment that were sent by U.S. certified mail, return receipt requested, to Defendants through their Legal Billing Departments at both Occidental Chemical Corporation and Occidental Petroleum Corporation, as well as through their registered agent for service; and to OXY Inc.'s P.O. Box; along with the correspondence, chart of invoices and U.S. Postal Service Domestic Return Receipts acknowledging Defendants' receipt of the demands, are attached hereto, in globo, as Exhibit "1". For protection of attorney-client privilege and client confidentiality, the detailed billing statements, which were included via cd with the demands for payment, have been withheld and will be produced as further evidence with regard to the open account as directed by the Court.

GUY C. CURRY, AFFIANT

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9th DAY OF
June , 2020.

NOTARY PUBLIC
LAURA R. CAVINESS
Bar No. 31435
My Commission Is For Life

2



**F**

Section 7



CURRY
CAVINESS
& WEBB
NEW ORLEANS · COVINGTON

January 9, 2019

**Via Certified Mail**
**Return Receipt Requested**
**7018 0360 0000 8289 7717**
Occidental Chemical Corporation
Legal Billing Department
P.O. Box 2647
Houston, Texas 77252-2647
Subsidiary of Occidental Petroleum
Corporation

**Via Certified Mail**
**Return Receipt Requested**
**7018 0360 0000 8289 7724**
Occidental Petroleum Corporation
Legal Billing Department
5 Greenway Plaza, Suite 110
Houston, Texas 77046-0521

**Via Certified Mail**
**Return Receipt Requested**
**7011 3500 0002 6353 3100**
Occidental Chemical Corporation
Through Their Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**Via Certified Mail**
**Return Receipt Requested**
**7018 0360 0000 8289 7731**
Oxy Inc.
P.O. Box 809050
Dallas, Texas 75380-9050

RE:    Outstanding Invoices to Curry, Caviness & Webb, APLC (f/k/a Curry & Friend, APLC)
       of Occidental Petroleum Corporation and Occidental Chemical Corporation
       File Nos: See Attached Spreadsheet

Dear Sir or Madam:

       A recent end of year AR audit report shows that the firm invoices outlined on the attached
spreadsheet, which were originally electronically transmitted many months ago, remain outstanding.

       I would ask that you please place these invoices in line for payment to the firm, now known as
Curry, Caviness & Webb, APLC, within thirty (30) days of the above referenced date. For your easy
reference and convenience, I have enclosed a cd containing copies of the original statements as well as
the referenced spreadsheet containing reference to the respective names, Oxy matter numbers, invoice
numbers, invoice dates, any partial payments received and the balances due on each matter. These
invoices total in excess of $175,000.

       Should you have any questions regarding the foregoing, please do not hesitate to contact me. If
there is anything more that we can provide to facilitate the payment of the invoices, we will certainly
do so. Otherwise, thank you in advance for your kind cooperation and payment of the remaining
amount due on your account.

       With kindest regards, I remain,

P.O. Box 58139 • New Orleans, LA 70158 • P: 985.612.1800 • F: 985.612.1808 • ccw-lawfirm.com



EXHIBIT
**1**

E-Filed

2020-05909

Case 2:20-cv-02335-MLCF-JVM   Document 1-1   Filed 08/21/20   Page 12 of 27

FILED
2020 JUN 20  P 11:39
CIVIL
DISTRICT COURT

**F**

## Section 7

Very truly yours,

GUY C. CURRY
gcurry@ccw-lawfirm.com

GCC/mdf

cc:     Cindy Norred (Cindy_Norred@oxy.com) (Via Email Only-w/o Invoices)

E-Filed

2020-05200

Case 2:20-cv-02335-MLCF-JVM   Document 1-1   Filed 08/21/20   Page 13 of 27

FILED
2020 JUN 20  P 11:39
CIVIL
DISTRICT COURT

**F**

## Section 7

| Claim Name/Number | Invoice Number | Invoice Date | Payments | Balance Due |
|---|---|---|---|---|
| Dottie Adams, et al vs. Joseph Grefer, et al Claim No. 2006-1400 | 18898 | 02/01/2018 | $0 | $6303.10 |
| Dottie Adams, et al vs. Joseph Grefer, et al Claim No. 2006-1400 | 18915 | 02/10/2018 | $0 | $4391.50 |
| Dottie Adams, et al vs. Joseph Grefer, et al Claim No. 2006-1400 | 19173 | 02/28/2018 | $0 | $11,101.20 |
| Earl Adams v Shell Oil Company Claim No.: 2012-0849 | 19160 | 02/28/2018 | $0 | $1251.00 |
| Occidental Chemical Corporation v Texas Brine Corp Claim No.: 2012-1172 | 18526 | 07/31/2017 | $0 | $1628.40 |
| Billy Swift, et al v General Electric Co., et al Claim No.: 2012-0742 | 18738 | 10/31/2017 | $16.50 | $6020.60 |
| Billy Swift, et al v General Electric Co., et al Claim No.: 2012-0742 | 19168 | 02/28/2018 | $0 | $1578.30 |
| Labarre, Gustave v. OCC, et al Claim No.: 2012-1322 | 18528 | 07/31/2017 | $0 | $3322.07 |
| Agri-South (Avoyelles) et al vs Parawon Corp et al Claim No.: 2012-1675 | 18389 | 06/30/2017 | $0 | $286.00 |
| Elijah Chapman v Occidental Chemical Corporation Claim No.: 2014-2116 | 17105 | 03/31/2017 | $0 | $470.72 |
| Willie L Broome v. Chevron, U.S.A., Inc., et al Claim No.: 2015-1920 | 19166 | 02/28/2018 | $0 | $1170.50 |
| Michael Coleman v. Chevron USA Inc., et al Claim No.: 2016-0107 | 18911 | 02/09/2018 | $0 | $490.20 |
| Michael Coleman v. Chevron USA Inc., et al Claim No.: 2016-0107 | 19167 | 02/28/2018 | $0 | $3763.00 |
| Russell J. Dubois v. Chevron USA Inc. et al. Oxy Claim No.: 2016-0164 | 19155 | 02/28/2018 | $0 | $554.00 |
| Sterling Gaines v. Chevron USA, Inc et al Claim No.: 2016-0356 | 19154 | 02/28/2018 | $0 | $550.50 |
| Jose Sanchez v. Chevron USA, Inc. et al Claim No.: 2016-0825 | 19153 | 02/28/2018 | $0 | $306.50 |
| Omar Pellerano v. Chevron USA, Inc et al Claim No.: 2016-0850 | 19152 | 02/28/2018 | $0 | $444.00 |
| Hiemie Payne v. Chevron USA, Inc., et al Claim No.: 2016-0721 | 19136 | 02/28/2018 | $0 | $389.00 |
| George Almeida v. Chevon USA, Inc., et al Claim No.: 2016-0826 | 19135 | 02/28/2018 | $0 | $526.50 |
| Bruce Mansion v Chevron USA, Inc., et al Claim No.: 2016-0651 | 19134 | 02/28/2018 | $0 | $673.50 |
| Sinkhole (Texas Brine) Non-Insured (Re: Default cl Claim No.: 2016-0962 | 18515 | 07/31/2017 | $45,700.16 | $10,117.50 |



**F**

## Section 7

| | | | | |
|---|---|---|---|---|
| Angela Caston, et al v. Shell Oil Company, et al<br>Claim No.: 2016-1262 | 18939 | 12/31/2017 | $0 | $1302.00 |
| Angela Caston, et al v. Shell Oil Company, et al<br>Claim No.: 2016-1262 | 18906 | 02/01/2018 | $0 | $1984.20 |
| Cheryl Aucoin, et al. v. Exxon Mobil Corporation<br>Claim No.: 2008-0822 | 18502 | 07/31/2017 | $0 | $1,380.00 |
| Warren Lester, et al. v. Exxon Mobil Corporation<br>Claim No.: 2003-4520 | 18941 | 12/31/2017 | $12.50 | $10,883.50 |
| Warren Lester, et al. v. Exxon Mobil Corporation<br>Claim No.: 2003-4520 | 19118 | 01/31/2018 | $12.00 | $10,518.60 |
| Warren Lester, et al. v. Exxon Mobil Corporation<br>Claim No.: 2003-4520 | 19171 | 02/28/2018 | $0 | $9,604.50 |
| Harvey "TERM"<br>Claim No.: 2003-3903 | 19119 | 01/31/2018 | $0 | $3,396.40 |
| Harvey "TERM"<br>Claim No.: 2003-3903 | 19172 | 02/28/2018 | $0 | $2,263.20 |
| Roache, Brittany et al. vs. Placid<br>Claim No.: 2009-0631 | 18754 | 10/31/2017 | $0 | $11,968.00 |
| Roache, Brittany et al. vs. Placid<br>Claim No.: 2009-0631 | 19120 | 01/31/2018 | $0 | $28,104.00 |
| Roache, Brittany et al. vs. Placid<br>Claim No.: 2009-0631 | 19176 | 02/28/2018 | $0 | $8,076.90 |
| Willie Williams, et al. vs Placid Oil, et al<br>Claim No.: 2009-0606 | 19174 | 02/28/2018 | $0 | $114.00 |
| Bernice Adams, et al. vs. Placid Oil, et al<br>Claim No.: 2009-0596 | 18682 | 09/30/2017 | $0 | $8,269.90 |
| Bernice Adams, et al. vs. Placid Oil, et al<br>Claim No.: 2009-0596 | 19175 | 02/28/2018 | $0 | $1,086.50 |
| Lodwick LLC, et al. vs Chevron USA, Inc, et al.<br>Claim No.: 2006-1439 | 17438 | 05/31/2017 | $0 | $4,500.40 |
| Lodwick LLC, et al. vs Chevron USA, Inc, et al.<br>Claim No.: 2006-1439 | 18513 | 07/31/2017 | $0 | $169.78 |

# F

## Section 7

1/13/2020                          USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70180360000082897717                    Remove ✕

Your item was delivered at 10:07 am on January 14, 2019 in BATON ROUGE, LA 70817.

## ✅ Delivered

January 14, 2019 at 10:07 am
Delivered
BATON ROUGE, LA 70817

Feedback

| Tracking History | ∨ |
| --- | --- |
| Product Information | ∨ |

See Less ∧

**Tracking Number:** 70180360000082897724                    Remove ✕

Your item was picked up at a postal facility at 6:05 am on January 15, 2019 in HOUSTON, TX 77227.

✅ **Delivered**



# F

## Section 7

1/13/2020                                    USPS.com® - USPS Tracking® Results

⊘ Delivered

January 15, 2019 at 6:05 am
Delivered, Individual Picked Up at Postal Facility
HOUSTON, TX 77227

See More ∨

**Tracking Number:** 70113500000263533100                    Remove ✕

Your item has been delivered to an agent at 4:14 am on January 16, 2019 in HOUSTON, TX 77210.

## ✅ Delivered

January 16, 2019 at 4:14 am
Delivered, To Agent
HOUSTON, TX 77210

See More ∨

Feedback

**Tracking Number:** 70180360000082897731                    Remove ✕

Your item was picked up at a postal facility at 9:00 am on January 15, 2019 in DALLAS, TX 75380.

## ✅ Delivered

January 15, 2019 at 9:00 am
Delivered, Individual Picked Up at Postal Facility
DALLAS, TX 75380

See More ∨

E-Filed

2020-05930

Case 2:20-cv-02335-MLCF-JVM   Document 1-1   Filed 08/21/20   Page 17 of 27

FILED

2020 JUN 20  P 11:39

CIVIL
DISTRICT COURT



**F**
## Section 7

USPS.com® - USPS Tracking® Results

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**ATTORNEY'S NAME:** Curry, Guy C 22032
**AND ADDRESS:** P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-05009         DIVISION: F         SECTION: 07

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

**Versus**

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:         PLACID OIL COMPANY

THROUGH:    THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM

3867 PLAZA TOWER DR, BATON ROGUE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 23, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Paige Jefferson, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS | PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS |
| ON PLACID OIL COMPANY | ON PLACID OIL COMPANY |
| THROUGH: THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM | THROUGH: THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **PLACID OIL COMPANY** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER         RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Curry, Guy C 22032
AND ADDRESS:   P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-05009           DIVISION: F           SECTION: 07

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

Versus

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:        PLACID OIL COMPANY

THROUGH:      THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM

              3867 PLAZA TOWER DR, BATON ROGUE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 23, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** | **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** |
| ON **PLACID OIL COMPANY** | ON **PLACID OIL COMPANY** |
| THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** | THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **PLACID OIL COMPANY** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / | Returned the same day |
| PAPER       RETURN | _____ No. _____ |
| _____ / _____ / | Deputy Sheriff of _____ |
| SERIAL NO.  DEPUTY  PARISH | |

**ATTORNEY'S NAME:**   Curry, Guy C 22032

**AND ADDRESS:**   P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-05009          DIVISION: F          SECTION: 07

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

**Versus**

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:          OXY USA, INC

THROUGH:     THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM

3867 PLAZA TOWER DR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by _____**
**Paige Jefferson, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS | PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS |
| ON **OXY USA, INC** | ON **OXY USA, INC** |
| THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** | THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **OXY USA, INC** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER                        RETURN | Deputy Sheriff of _____ |
| _____ /                        /_____ | |
| SERIAL NO.        DEPUTY        PARISH | |

ATTORNEY'S NAME:   Curry, Guy C 22032
AND ADDRESS:      P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-05009 | DIVISION: F | SECTION: 07 |
|---|---|---|

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

Versus

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:         OXY USA, INC

THROUGH:    THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM

              3867 PLAZA TOWER DR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Paige Jefferson, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** | **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** |
| ON **OXY USA, INC** | ON **OXY USA, INC** |
| THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** | THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **OXY USA, INC** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
|     PAPER        RETURN | |
| _____ / _____ / _____ | |
|   SERIAL NO.    DEPUTY    PARISH | |

**ATTORNEY'S NAME:**  Curry, Guy C 22032

**AND ADDRESS:**  P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-05009          DIVISION: F          SECTION: 07

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

**Versus**

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:          OXY, INC

THROUGH:     THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM

3867 PLAZA TOWER DR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Paige Jefferson, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this _____ day of _____ served a copy of the within

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

ON **OXY, INC**

THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM**

Returned the same day
No. _____

Deputy Sheriff of _____

Mileage: $ _____

_____ / ENTERED / _____

PAPER          RETURN

_____ / _____ / _____

SERIAL NO.     DEPUTY     PARISH

DOMICILIARY SERVICE

On this _____ day of _____ served a copy of the within

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

ON **OXY, INC**

THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM**

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **OXY, INC** being absent from the domicile at time of said service.

Returned the same day
No. _____

Deputy Sheriff of _____

ATTORNEY'S NAME:   Curry, Guy C.22032
AND ADDRESS:       P.O. Box 58139 , New Orleans, LA 70158

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-05009              DIVISION: F             SECTION: 07

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

Versus

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:          OXY, INC

THROUGH:   THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM
               3867 PLAZA TOWER DR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2020**

Clerk's Office, Room 402, Civil Courts        **CHELSEY RICHARD NAPOLEON, Clerk of**
421 Loyola Avenue                       **The Civil District Court**
New Orleans, LA                       **for the Parish of Orleans**
                                     **State of LA**
                                     **by**
                                     **Paige Jefferson, Deputy Clerk**

---

### SHERIFF'S RETURN
#### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** | **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** |
| ON **OXY, INC** | ON **OXY, INC** |
| THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** | THROUGH: **THROUGH ITS REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **OXY, INC** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER            RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

**ATTORNEY'S NAME:** Curry, Guy C 22032
**AND ADDRESS:** P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-05009          DIVISION: F          SECTION: 07

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

**Versus**

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION - LONG ARM

TO:          OCCIDENTAL PETROLEUM CORPORATION

THROUGH:     THE LOUISIANA LONG ARM STATUTE  THROUGH ITS REGISTERED AGENT FOR
             SERVICE: THE CORPORATION TRUST COMPANY
             CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

 PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)

days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through

the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 23, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Paige Jefferson, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** | **PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS** |
| ON  **OCCIDENTAL PETROLEUM CORPORATION** | ON  **OCCIDENTAL PETROLEUM CORPORATION** |
| THROUGH:  **THE LOUISIANA LONG ARM STATUTE  THROUGH ITS REGISTERED AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY** | THROUGH:  **THE LOUISIANA LONG ARM STATUTE  THROUGH ITS REGISTERED AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said **OCCIDENTAL PETROLEUM CORPORATION**  being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:   Curry, Guy C 22032
AND ADDRESS:         P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-05009 | DIVISION: F | SECTION: 07 |
|---|---|---|

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

#### Versus

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION - LONG ARM

TO:          OCCIDENTAL PETROLEUM CORPORATION

THROUGH:   THE LOUISIANA LONG ARM STATUTE  THROUGH ITS REGISTERED AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY

              CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS | PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS |
| ON OCCIDENTAL PETROLEUM CORPORATION | ON OCCIDENTAL PETROLEUM CORPORATION |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  THROUGH ITS REGISTERED AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY | THROUGH: THE LOUISIANA LONG ARM STATUTE  THROUGH ITS REGISTERED AGENT FOR SERVICE: THE CORPORATION TRUST COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said OCCIDENTAL PETROLEUM CORPORATION  being absent from the domicile at time of said service. |
| _____ No. _____ | Returned the same day |
| Deputy Sheriff of _____ | _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| / ENTERED / | |
| _____ PAPER      RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

**ATTORNEY'S NAME:**   Curry, Guy C 22032

**AND ADDRESS:**   P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-05009 | DIVISION: F | SECTION: 07 |
|---|---|---|

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

**Versus**

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:        Occidental Chemical Corporation

THROUGH:    THROUGH THEIR REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA June 23, 2020**

**Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by** _____
**Paige Jefferson, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS | PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS |
| ON **Occidental Chemical Corporation** | ON **Occidental Chemical Corporation** |
| THROUGH: **THROUGH THEIR REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** | THROUGH: **THROUGH THEIR REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating HIM/HER the said **Occidental Chemical Corporation** being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER        RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   Curry, Guy C 22032
AND ADDRESS:   P.O. Box 58139 , New Orleans, LA 70158

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2020-05009 | DIVISION: F | SECTION: 07 |
|---|---|---|

### CURRY LAW FIRM, A PROFESSIONAL LAW CORPORATION

Versus

### OCCIDENTAL CHEMICAL CORPORATION ET AL

### CITATION

TO:       Occidental Chemical Corporation

THROUGH:   THROUGH THEIR REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 23, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS | PETITION IN SUIT ON OPEN ACCOUNT AND/OR FOR DAMAGES W/ AFFIDAVIT AND EXHIBITS |
| ON  Occidental Chemical Corporation | ON  Occidental Chemical Corporation |
| THROUGH:  THROUGH THEIR REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM | THROUGH:  THROUGH THEIR REGISTERED AGENT FOR SERVICE: CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said Occidental Chemical Corporation being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER              RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |